## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Steve Holtsclaw

                                    Plaintiff,

v.                                              Case No.: 1:15−cv−03941
                                                Honorable Matthew F. Kennelly

Endo Pharmaceuticals, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, July 9, 2017:

        MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion to strike affirmative defenses [21] is to be filed by 7/24/2017; reply to response is to be filed by 7/31/2017. Ruling is set for case management conference on 8/24/2017 at 1:30 PM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.