IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Steve Holtsclaw,<br><br>v.<br><br>Endo Pharmaceuticals, Inc., et al.<br><br>Case No. 1:15-cv-3941 | |

**STIPULATION OF DISMISSAL OF DEFECTIVE MANUFACTURING CLAIM**

IT IS HEREBY STIPULATED by and between all parties who have appeared that Plaintiff's claim for Strict Liability for Defective Manufacturing, set forth in his Short Form Complaint filed on May 5, 2015, is dismissed with prejudice as to all defendants. This stipulation does not address any claims other than Strict Liability for Defective Manufacturing. The parties further stipulate that each party will bear its costs.

Dated: September 11, 2017.   Respectfully submitted,

| | |
|---|---|
| */s/ Meghan C. Quinlivan* | */s/ Andrew K. Solow* |
| Meghan C. Quinlivan | Andrew K. Solow |
| BURG SIMPSON | ARNOLD & PORTER |
| ELDREDGE HERSH & JARDINE, P.C. | KAYE SCHOLER LLP |
| 40 Inverness Drive East | 250 West 55th Street |
| Englewood, CO  80112 | New York, NY 10019-9710 |
| (303) 792-5595 | (212) 836-7740 |
| (303) 708-0527 (fax) | Email:  Andrew.Solow@apks.com |
| Email:  mquinlivan@burgsimpson.com | |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmith Kline, LLC*** |

## **CERTIFICATE OF SERVICE**

I, Meghan C. Quinlivan, an attorney, hereby certify that on September 11, 2017, a true and correct copy of the foregoing **Stipulation of Dismissal of Defective Manufacturing Claim** was served by electronic notice through the CM/ECF system of the United State District Court for the Northern District of Illinois, on counsel of record.

*/s/ Meghan C. Quinlivan*
Meghan C. Quinlivan